JS-6

# THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>GRAND CAFÉ, LLC, an Illinois limited liability company; JAMIE MAPUGAY, an individual,<br><br>Defendants. | Case No. 8:23-cv-02386-JVS(KESx)<br><br>[Assigned to the Hon. James V. Selna]<br><br>**JUDGMENT** |

# **JUDGMENT**

Pursuant to the Motion for Default Judgment ("Motion") of Plaintiff Ameris Bank d/b/a Balboa Capital ("Balboa"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants Grand Café, LLC, an Illinois limited liability company and Jamie Mapugay, an individual, in the total amount of **$157,241.49**; which represents (1) the amount owed of $144,272.56; (2) costs in the amount of $603.00; (3) attorneys' fees in the amount of $6,485.45; and (4) $5,880.48 in prejudgment interest at the statutory rate of ten percent (10%) per annum, from November 21, 2023 (the date of breach), to April 18, 2024 (the date of judgment).

2. The Clerk is ordered to enter this Judgment forthwith.

DATED:  April 18, 2024

_____
Honorable James V. Selna
United States District Judge